

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VASILE MARINCASIU AND STACY MARINCASIU, | § | No. 08-12-00288-CV |
| | § | |
| Appellants, | | On Appeal from the |
| | § | |
| v. | | 348th District Court |
| | § | |
| STEPHEN C. DRILLING, | | of Tarrant County, Texas |
| | § | |
| Appellee. | | (TC# 348-249594-10) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and render in favor of Appellants, in accordance with this Court's opinion. We further order that Appellants recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF APRIL, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.